# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**ORLANDO DELEON,**

    **Plaintiff,**

**V.**    Case No: 2:12-CV-92-FtM-29SPC

**NATIONAL PAINTING &**
**WATERPROOFING, INC. and**
**JAMES M. SPADORCIA,**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on its Order to Show Cause (Doc. #22) entered on July 10, 2012. In the Court's Order to Show Cause, the Court directed Defendant James M. Spadorcia to show cause on or before July 20, 2012, why he failed to comply with the Court's Order and produce the requested verified summary of all hours worked by the Plaintiff during each relevant pay period, the rate of pay, and wages paid, including any overtime pay, if any. Defendant Spadorcia failed to file a response. In its Order to Show Cause, the Court cautioned Defendant that failure to comply with that Order could result in sanctions being imposed upon the Defendant including the Court recommending that a default be entered against the Defendant for failure to comply. Given that Defendant Spadorcia has failed to comply with the Order of this Court, the Court will enter a clerk's default at this time.

Accordingly, it is now

**ORDERED:**

(1) The Clerk of Court is directed to enter a clerk's default against Defendant James. M. Spadorcia **ONLY**.

(2) As a Clerk's Default (Doc. #17) has previously been entered against Defendant National Painting & Waterproofing, Inc., the Plaintiff shall have up to and including **August 7, 2012**, to file a motion for default judgment as to **both** Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record